1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BGI LIFE, INC., a Florida corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants, | CASE NO.  CV09-6822 ODW(AJWx)<br><br>[~~PROPOSED~~] JUDGMENT |

　　The motion for summary judgment of Defendant American General Life Insurance Company came before this Court in due course.  On August 19, 2011, this Court, having considered all papers in support of and in opposition to the motion, granted said motion.  IT IS HEREBY ORDERED AND ADJUDGED:

That judgment is hereby entered in favor of defendant American General Life Insurance Company and against plaintiff BGI Life, Inc. in accordance with the Court's

1 | Order of August 19, 2011.  As prevailing party, American General Life Insurance
2 | Company is entitled to its costs.

Dated 8/30/'11            By: _____
                              Hon. Otis D. Wright
                              United States District Judge